STATE of Missouri, Appellant,

v.

Sean A. PRICE, Respondent.

No. WD 74286.

Missouri Court of Appeals,
Western District.

Aug. 28, 2012.

Christopher D. Wilson, Fulton, MO, for appellant.

Kevin P. O'Brien, Columbia, MO, for respondent.

Before: LISA WHITE HARDWICK, P.J., ALOK AHUJA, J. and JON E. BEETEM, Sp. J.

## ORDER

PER CURIAM:

The State has charged defendant Sean Price with two counts of felony statutory sodomy in the first degree. The State filed this interlocutory appeal pursuant to § 547.200.1, RSMo, challenging the Boone County Circuit Court's order sustaining Price's motion to suppress evidence consisting of bedding and pajamas retrieved without a warrant from Price's residence. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).

Kimberly Ann WILLIS, Appellant,

v.

Donald J. WILLIS, Respondent.

No. WD 74529.

Missouri Court of Appeals,
Western District.

Aug. 28, 2012.

Maggie L. Anderson and William H. Reynolds, Kansas City, MO, for Appellant.

Michele C. Puckett–Burkhead, Cameron, MO, for Respondent.

Before Division II: JOSEPH M. ELLIS, Presiding Judge, and ALOK AHUJA and MARK D. PFEIFFER, Judges.

## Order

PER CURIAM:

Kimberly Ann Willis appeals from the Judgment of Modification of Decree of Dissolution entered by the Circuit Court of Clinton County, Missouri, pertaining to child custody and relocation. Finding no error, we affirm the trial court's judgment and have provided the parties with a memorandum explaining our ruling. Rule 84.16(b).